AO 245 S (Rev. 01/01) Sheet 2 - Imprisonment

Defendant: JAMES MICHAEL AUSTIN
Case Number: 5:04-CR-0050-01-C

Judgment--Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 78 months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on _____1-7-05_____ to __F Cr - Texarkana__

at __Texarl cana Q_____, with a certified copy of this Judgment.

David L. Justice wardes
United States Marshal

By _____
Deputy Marshal

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

**JAN 2 0 2005**

CLERK, U.S. DISTRICT COURT
By _____
Deputy